# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

PAUL A. GIRAGOSIAN,  Case No. 06-11713-RGM
                     (Chapter 13)
      Debtor.

## MEMORANDUM OPINION

THIS CASE was before the court on February 14, 2007, on the debtor's motion to refinance real property. The court will grant the motion with all proceeds to be paid to the trustee. Debtor's counsel will prepare the order.

Alexandria, Virginia
February 20, 2007

                                              /s/ Robert G. Mayer
                                              Robert G. Mayer
                                              United States Bankruptcy Judge

Copy electronically to:

Tommy Andrews, Jr.
Gerald M. O'Donnell

Copy mailed to:

Paul A. Giragosian
4265 Fox Lake Drive
Fairfax, Virginia 22033

13413